**BLUMENTHAL NORDREHAUG BHOWMIK
DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA EPSTEIN, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN PHARMACY SERVICES MIDWEST, LLC, a Limited Liability Company; WALGREEN CO., a Corporation; and Does 1 through 10, Inclusive,<br><br>Defendant. | CASE No. **5:19-cv-01323-DOC-ADS**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: January 25, 2021<br>Hearing Time: 8:30 a.m.<br><br>District Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Ronald Reagan Federal Building and United States Courthouse |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on January 25, 2021, at 8:30 a.m. in the United States District Court for the Central District of California, located at the Ronald Reagan United States Courthouse, 411 West 4th Street, Santa Ana, CA 92701 in Courtroom 9D, before the Honorable David O. Carter, Plaintiff Christina Epstein ("Plaintiff") will move for preliminary approval of the proposed class settlement with Defendants Walgreen Pharmacy Services Midwest, LLC and Walgreen Co. ("Defendants").  This motion is unopposed as based on the Class Action Settlement Agreement (the "Agreement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug and exhibits thereto, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: December 3, 2020         BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

                                By:     */s/ Kyle Nordrehaug*
                                        Norman B. Blumenthal
                                        Kyle R. Nordrehaug
                                        Attorneys for Plaintiffs