**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (SBN 068687)
        Email: norm@bamlawca.com
Kyle R. Nordrehaug (SBN 205975)
        Email: Kyle@bamlawca.com
Aparajit Bhowmik (SBN 248066)
        Email: AJ@bamlawca.com
Christine T. LeVu (SBN 288271)
        Email: christine@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA EPSTEIN, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>WALGREEN PHARMACY SERVICES MIDWEST, LLC, a Limited Liability Company; WALGREEN CO., a Corporation; and Does 1 through 10, Inclusive,<br><br>        Defendant. | CASE No. **5:19-cv-01323-DOC-ADS**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: April 15, 2021<br>Hearing Time: 8:30 a.m.<br><br>District Judge: Hon. David O. Carter<br>Courtroom: 9D |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on April 15, 2021, at 8:30 p.m. in the United States District Court for the Central District of California, located at the Ronald Reagan United States Courthouse, 411 West 4th Street, Santa Ana, CA 92701 in Courtroom 9D, before the Honorable David O. Carter, Plaintiff Christina Epstein ("Plaintiff") will move for final approval of the proposed class settlement with Defendants Walgreen Pharmacy Services Midwest, LLC and Walgreen Co. ("Defendants").

This motion is brought in accordance with the Order dated December 28, 2020 [Doc. No. 47] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement ("Settlement" or "Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class and only two (2) requests for exclusion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of Christina Epstein, the Declaration of the Settlement Administrator (to be filed after March 22, 2021), the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: March 18, 2021          BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:      */s/ Norman Blumenthal*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff